**John David MCBRIDE, Petitioner— Appellant,**

v.

**Steven DOTSON, Warden, Respondent— Appellee.**

No. 03–7685.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 12, 2004.

Decided Feb. 20, 2004.

John David McBride, Appellant pro se.

Before LUTTIG, WILLIAMS, and MOTZ, Circuit Judges.

588

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

John David McBride appeals the district court's orders accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint, and denying his motions for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See McBride v. Dotson,* No. CA–03–71 (E.D. Va. Aug. 25, 2003; Sept. 26, 2003; Oct. 9, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*